# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

MIRABILIS VENTURES, INC.,                    CASE NO.: 6:08-bk-4327-KSJ

    Debtor.                                CHAPTER 11
_____/

MIRABILIS VENTURES, INC., f/k/a/
AEM, INC.,                                   Adv. No. 6:10-ap-00281-KSJ

    Plaintiff,

vs.

FIFTH-THIRD BANK,

    Defendant.
_____/

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Defendant, Fifth Third Bank ("Fifth Third"), hereby files its Agreed Motion for Extension of Time to File a Response to Plaintiff, Mirabilis Ventures, Inc. f/k/a AEM, Inc.'s ("Mirabilis") Complaint and states:

1. On November 1, 2010, Mirabilis filed and served its Complaint Against Fifth Third for Damages. Accordingly, Fifth Third's response is due on or before November 30, 2010.

2. The undersigned counsel requires a 14-day extension to prepare and file a response to the Complaint on or before December 14, 2010.

3. Counsel for Mirabilis has been contacted and consents to this extension of time.

4. This extension of time is not prejudicial to the parties and this motion is not made for the purposes of unnecessary delay.

WHEREFORE, Defendant, Fifth Third Bank, respectfully requests this Court for an extension of time through and including December 14, 2010 to file a response to Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on the __30th__ day of November, 2010, on **Mariane L. Dorris, Esq.** and **Justin M. Luna, Esq.**, Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Suite 600, P.O. Box 3353, Orlando, Florida, 32801.

**Joseph H. Serota**
**John J. Quick**
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL 33134
Telephone:	(305) 854-0800
Facsimile:	(305) 854-2323
jserota@wsh-law.com
jquick@wsh-law.com
*Counsel for Defendant Fifth Third Bank*

-And-

**Molly McManus**
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan  49503-2487
Telephone:	(616) 752-2196
Facsimile:	(616) 222-2196
mmcmanus@wnj.com
*Co-Counsel for Defendant Fifth Third Bank*