**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

MIRABILIS VENTURES, INC.,                      CASE NO.: 6:08-bk-4327-KSJ

    Debtor.                                              CHAPTER 11
_____/
MIRABILIS VENTURES, INC., f/k/a/
AEM, INC.,                                                  Adv. No. 6:10-ap-00281-KSJ

    Plaintiff,

vs.

FIFTH-THIRD BANK,

    Defendant.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Defendant, Fifth Third Bank ("Fifth Third"), hereby files its Agreed Motion for Extension of Time to File a Response to Plaintiff, Mirabilis Ventures, Inc. f/k/a AEM, Inc.'s ("Mirabilis") Complaint and states:

1. On November 1, 2010, Mirabilis filed and served its Complaint against Fifth Third for Damages. Accordingly, Fifth Third's response was due on or before November 30, 2010. Thereafter, the Court entered an Agreed Order providing Fifth Third with additional time, up to and including December 14, 2010, to respond to the Complaint

2. The parties recently reach a settlement agreement in principle and are in the process of preparing and finalizing formal settlement documents.

3.   As a result, the undersigned counsel requests an additional 30-day extension to respond to the Complaint (up to an including January 13, 2011), so that the parties may finalize the settlement agreement.

4.   Counsel for Mirabilis has been contacted and has no objection to this extension of time.

5.   This extension of time is not prejudicial to the parties and this motion is not made for the purposes of unnecessary delay.

WHEREFORE, Defendant, Fifth Third Bank, respectfully requests this Court for an extension of time through and including January 13, 2011 to file a response to Plaintiff's Complaint.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on the ___14th___ day of December, 2010, on **Mariane L. Dorris, Esq.** and **Justin M. Luna, Esq.**, Latham, Shuker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Suite 600, P.O. Box 3353, Orlando, Florida, 32801.

**John J. Quick**
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL 33134
Telephone:   (305) 854-0800
Facsimile:   (305) 854-2323
jquick@wsh-law.com
*Counsel for Defendant Fifth Third Bank*

-And-

**Molly McManus**
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan  49503-2487
Telephone:   (616) 752-2196
Facsimile:   (616) 222-2196
mmcmanus@wnj.com
*Co-Counsel for Defendant Fifth Third Bank*