**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

| | |
|---|---|
| **MIRABILIS VENTURES, INC.** | **CASE NO. 6:08-bk-4327-KSJ** |
| Debtor. | **CHAPTER 11** |
| _____/ | |
| **MIRABILIS VENTURES, INC., f/k/a AEM, INC.,** | |
| Plaintiff, | **Adv. Pro. No.:6:10-ap-00281-KSJ** |
| vs. | |
| **FIFTH THIRD BANK** | |
| Defendant. | |
| _____/ | |

**NOTICE OF SETTLEMENT**

**MIRABILIS VENTURES, INC. f/k/a AEM, INC.** ("Mirabilis" or "Liquidating Debtor"), by and through its undersigned counsel, hereby files its notice of settlement regarding the aforementioned matter (the "Agreement"). The parties shall submit a Joint Stipulation for Dismissal with Prejudice after the Agreement has been fulfilled in accordance therein.

**RESPECTFULLY SUBMITTED** this 13th day of January 2011.

/s/ Justin M. Luna, Esq.
Justin M. Luna, Esq.
Florida Bar No.0037131
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **NOTICE OF SETTLEMENT** has been served via electronic transmission and/or U.S. First Class Postage Prepaid Mail to the following: Molly McManus, Esq., Warner Norcross & Judd, LLP, *atty for Fifth Third Bank*, 900 Fifth Third Center, 111 Lyon Street NW, Grand Rapids, MI 49503-2487; United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, Florida 32806 on this 13th day of January, 2011.

/s/ Justin M. Luna, Esq._____
Justin M. Luna, Esq.
Florida Bar No. 0037131
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida  32801
Tel:   407-481-5800
Fax:   407-481-5801